IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rainee S. Kirkland, | ) | Case No. 19-23268 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Rainee S. Kirkland, | ) | Document No. |
| Social Security No. XXX-XX- 8385 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| County of Allegheny | ) | |
| And Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 16, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Rainee S. Kirkland
112 Harden Avenue
Duquesne, PA 15110

County of Allegheny
Attn: Payroll Dept.
436 Grant St. (Room 104)
Pittsburgh, PA 15219

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: April 16, 2024    /s/ Kenneth Steidl
                                    Kenneth Steidl, Esquire
                                    STEIDL & STEINBERG
                                    28th Floor, Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    PA I.D. 34965
                                    ken.steidl@steidl-steinberg.com