**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| **RAINEE S. KIRKLAND,** ) | **Case No. 19-23268-CMB** |
| ) | |
| ) | **Chapter 13** |
| Debtor(s). ) | Related to Doc. No. 74 |
| _____ X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**    ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☒ **Amended Chapter 13 dated:** 4/5/24

  IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $2,300 effective 10/19.

  IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

  IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

  **1.  Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

  ☒  A.  For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $2,340, beginning 6/24. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐     B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
_____

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☒     J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
- Freedom Mortgage CL. #21

☒     K. Additional Terms and Conditions:
- Peoples Natural Gas to be paid priority administrative claim per default order 11/12/20 doc 44.
- Attorney fees based on retainer of $1,335 paid to no look with additional fees to be sought by fee application.
- *All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine

the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

      **D.**      **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

      **3.**      <u>**Additional Provisions.**</u> **The following additional provisions apply in this case:**

      **A.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

      **B.**      The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

      **D.**      Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      **F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: __May 29, 2024__

                                                                */s/ Carlota M. Böhm*   jah
                                                                Carlota M. Böhm, Judge
                                                                United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk

                                                               FILED
                                                                5/29/24 11:50 am
                                                                CLERK
                                                                U.S. BANKRUPTCY
                                                                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23268-CMB |
| Rainee S. Kirkland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 102 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rainee S. Kirkland, 112 Harden Avenue, Duquesne, PA 15110-1412 |
| 15107416 | + | City Co Federal Credit Union, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15107443 | + | Patenaude & Felix, 501 Corporate Dr., Southpointe- Suite 205, Canonsburg, PA 15317-8584 |
| 15145975 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15108375 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2024 00:08:05 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 23:56:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 29 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | May 29 2024 23:46:39 | Roundpoint Mortgage Servicing Corporation, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15107395 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15146893 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 23:56:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15107397 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 23:56:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15107398 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 23:56:00 | Ally Financial, 200 Renaissance Center #Bo, Detroit, MI 48243-1300 |
| 15107396 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 23:56:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15133083 | | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:08:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15107400 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:08:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15107399 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:08:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15107401 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 19-23268-CMB   Doc 83   Filed 05/31/24   Entered 06/01/24 00:31:11   Desc Imaged
Certificate of Notice   Page 7 of 12

| District/off: 0315-2 | User: auto | Page 2 of 7 |
| --- | --- | --- |
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 102 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | May 29 2024 23:56:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15107402 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:56:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127685 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 29 2024 23:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15107408 | | Email/Text: bankruptcy@cavps.com | May 29 2024 23:57:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15107424 | | Email/Text: correspondence@credit-control.com | May 29 2024 23:56:00 | Credit Control, PO Box 31179, Tampa, FL 33631-3179 |
| 15107404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2024 23:54:39 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15107403 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:26 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15107406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15107405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:12 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 00:08:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15107407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:30 | Care Credit, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 15107409 | + | Email/Text: bankruptcy@cavps.com | May 29 2024 23:57:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15109148 | + | Email/Text: bankruptcy@cavps.com | May 29 2024 23:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15107412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 23:55:41 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15107413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:32 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15147529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15107415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 23:55:45 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15107414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:30 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15107417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15107418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 15107420 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107419 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Bank/Kay Jewelers, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15107421 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 15107422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2024 23:56:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15107423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2024 23:56:00 | | Comenty Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15107428 | | Email/Text: mrdiscen@discover.com | May 29 2024 23:56:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15107427 | | Email/Text: mrdiscen@discover.com | May 29 2024 23:56:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15107426 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:32 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15107425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:04 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15146193 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 23:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15111092 | | Email/Text: mrdiscen@discover.com | May 29 2024 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15146651 | + | Email/Text: kburkley@bernsteinlaw.com | May 29 2024 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15201825 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2024 23:56:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15107429 | ^ | MEBN | May 29 2024 23:46:56 | FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15323555 | | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 23:56:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15147191 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15107411 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 00:19:01 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15107410 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2024 23:55:37 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15125601 | + | Email/Text: RASEBN@raslg.com | May 29 2024 23:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15603987 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15113533 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107430 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:04 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107434 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:04 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107438 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 23:57:00 | MCM, PO Box 2000, Warren, MI 48090-2000 |
| 15107439 | ^ | MEBN | May 29 2024 23:46:46 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15145371 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15137313 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 23:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15107440 | ^ | MEBN | May 29 2024 23:47:33 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |

| | | | | |
|---|---|---|---|---|
| 15107441 | + | Email/Text: bnc@nordstrom.com | May 29 2024 23:56:40 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 15107442 | + | Email/Text: bnc@nordstrom.com | May 29 2024 23:56:07 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15120840 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15107463 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107444 | + | Email/Text: bncnotifications@pheaa.org | May 29 2024 23:56:00 | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 00:08:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139356 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 23:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15107483 | ^ | MEBN | May 29 2024 23:47:02 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15107482 | ^ | MEBN | May 29 2024 23:47:37 | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15144909 | ^ | MEBN | May 29 2024 23:47:16 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Bldgs. 6 & 8, Charlotte, NC 28217-1932 |
| 15107484 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:27 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15107487 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:30 | SYNCB/HHGregg, PO Box 965036, Orlando, FL 32896-5036 |
| 15107488 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:30 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15107491 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:39 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15107494 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:21 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15107485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:28 | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15107486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:30 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 23:53:20 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 23:55:31 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:48 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 15107493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:07 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:11 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15145975 | ^ | MEBN | May 29 2024 23:46:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15107495 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:07 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 102 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:51 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15108375 | ^ | MEBN | May 29 2024 23:46:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107499 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107498 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:07 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15107500 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:40 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15107501 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:28 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107503 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 23:54:35 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 23:53:17 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15148239 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15107504 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:56:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15107505 | + | Email/Text: bncmail@w-legal.com | May 29 2024 23:56:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15107506 | + | Email/Text: BankruptcyNotice@upmc.edu | May 29 2024 23:57:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15143143 | | Email/Text: BNCnotices@dcmservices.com | May 29 2024 23:56:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15107507 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:39 | Value City, 950 Forrer Blvd., Dayton, OH 45420-1469 |

TOTAL: 99

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603988 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15107431 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107432 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107433 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107435 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107436 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107437 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107464 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107465 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107466 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107467 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107468 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107469 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107470 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107471 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107472 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: pdf900 | Total Noticed: 102 |

| | | |
|---|---|---|
| 15107473 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107474 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107475 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107476 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107477 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107478 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107479 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107480 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107481 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107448 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107449 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107450 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107451 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107452 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107453 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107454 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107455 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107456 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107457 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107458 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107459 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107460 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107461 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107462 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107445 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107446 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107447 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 0 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Daniel Philip Jones
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
    on behalf of Debtor Rainee S. Kirkland julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
on behalf of Creditor Roundpoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 10