IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Rainee Kirkland ) | Case No. 19-23268 CMB |
|    Debtor ) | Chapter 13 |
| ) | Document No. 91 |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, PA Dept. of Revenue, AES/PNC Bank, Ally ) | |
| Bank, Ally Financial, American Express National Bank, ) | |
| Bank of America, Capital One/Justice, Care Credit, ) | |
| Cavalry Portfolio Services, JP Morgan Chase, CitiBank ) | |
| North America/The Home Depot, City Co FCU, ) | |
| Comenity Bank/Buckle/Express/Kay Jewelers/HSN/ ) | |
| Victoria's Secret, Credit Control, Dept. Stores National ) | |
| Bank/Macy's, Discover Bank, Discover Financial, ) | |
| Duquesne Light Co., ECMC, FMS Inc., Freedom ) | |
| Mortgage Corp., Jefferson Capital Systems, LVNV ) | |
| Funding/Resurgent Capital, MCM, MRS BPO LLC, ) | |
| Midland Credit Management, National Enterprise ) | |
| Systems, Nordstrom FSB, PHEAA/HCB, PRA ) | **ENTERED BY DEFAULT** |
| Receivables Management, Peoples Gas, Roundpoint ) | |
| Mortgage Assoc., Quantum3 Group LLC, SYNCB/ ) | |
| Amazon/HH Gregg/JC Penney/Old Navy/Walmart/Gap/ ) | |
| Levin Furniture/Toys-R-Us/Lowes/Sam's/TJX, TD ) | |
| Bank, Target, UPMC, Value City ) | |
|    Respondents ) | |

## ORDER OF COURT

AND NOW, to-wit this __26th__ day of __December__, 202_4_, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $3,745.00 for

   work performed in the Chapter 13 case by Debtor's counsel from June 29, 2018, to December 2,

   2024.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which

   included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

   being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $1,3500.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,665.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $7,745.00, with the total to be paid through the Plan by the Trustee being up to $6,410.00 (representing the $2,665.00 previously approved to be paid (as set forth above), $1,000.00 provided for as part of the most recent confirmation order entered in this case, and a remaining amount up to $2,745.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $3,745.00.

FILED
12/26/24 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

FURTHER ORDERED:

*Carlota M. Böhm*    dmk
Hon. Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23268-CMB
Rainee S. Kirkland  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Dec 26, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

**Recip ID    Recipient Name and Address**
db          + Rainee S. Kirkland, 112 Harden Avenue, Duquesne, PA 15110-1412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

**Name              Email Address**

Daniel Philip Jones
                    on behalf of Creditor Roundpoint Mortgage Servicing Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com

Denise Carlon
                    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
                    on behalf of Debtor Rainee S. Kirkland julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 26, 2024 | Form ID: pdf900 | Total Noticed: 1

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 10