**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RAINEE S. KIRKLAND | Case No.:19-23268 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/20/2019 and confirmed on 11/12/19 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 140,952.01 |
| Less Refunds to Debtor | 27.44 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,924.57 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,410.00 | |
|   Trustee Fee | 7,119.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,529.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 70,871.69 | 0.00 | 70,871.69 |
|     Acct: 5013 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,671.63 | 1,671.63 | 0.00 | 1,671.63 |
|     Acct: 5013 | | | | |
|   ALLY BANK(*) | 28,963.51 | 28,963.51 | 2,858.06 | 31,821.57 |
|     Acct: 1771 | | | | |
| | | | | 104,364.89 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAINEE S. KIRKLAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAINEE S. KIRKLAND | 27.44 | 27.44 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 2,665.00 | 2,665.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,745.00 | 3,745.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/24 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,603.34 | 0.00 | 5,603.34 |
|     Acct: 1635 | | | | |
| | | | | 5,603.34 |
| **Unsecured** | | | | |
|   ECMC(*) | 76,869.57 | 7,991.36 | 0.00 | 7,991.36 |
|     Acct: 8385 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 1,153.79 | 119.95 | 0.00 | 119.95 |
|     Acct: 1007 | | | | |
|   BANK OF AMERICA NA** | 2,348.21 | 244.12 | 0.00 | 244.12 |
|     Acct: 8527 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,837.19 | 190.99 | 0.00 | 190.99 |
|     Acct: 3803 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,842.58 | 399.47 | 0.00 | 399.47 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4377 | | | | |
| | CARE CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,132.97 | 117.78 | 0.00 | 117.78 |
| | Acct: 4423 | | | | |
| | JPMORGAN CHASE BANK | 4,192.34 | 435.84 | 0.00 | 435.84 |
| | Acct: 7383 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,851.95 | 192.53 | 0.00 | 192.53 |
| | Acct: 5146 | | | | |
| | CITIBANK NA** | 1,349.16 | 140.26 | 0.00 | 140.26 |
| | Acct: 7081 | | | | |
| | CITY CO FEDERAL CREDIT UNION* | 9,666.97 | 1,004.98 | 0.00 | 1,004.98 |
| | Acct: 2354 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 2,304.55 | 239.58 | 0.00 | 239.58 |
| | Acct: 3444 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8894 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8533 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 2,122.16 | 220.62 | 0.00 | 220.62 |
| | Acct: 9481 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 9,527.98 | 990.53 | 0.00 | 990.53 |
| | Acct: 0351 | | | | |
| | DISCOVER BANK(*) | 5,130.29 | 533.34 | 0.00 | 533.34 |
| | Acct: 5327 | | | | |
| | LVNV FUNDING LLC | 2,788.67 | 289.91 | 0.00 | 289.91 |
| | Acct: 0847 | | | | |
| | LVNV FUNDING LLC | 1,524.66 | 158.50 | 0.00 | 158.50 |
| | Acct: 1335 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 810.28 | 84.24 | 0.00 | 84.24 |
| | Acct: 5554 | | | | |
| | LVNV FUNDING LLC | 616.61 | 64.10 | 0.00 | 64.10 |
| | Acct: 8674 | | | | |
| | NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9278 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0005 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0019 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0013 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0017 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0014 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0010 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0011 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0016 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0015 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0018 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0006 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,598.45 | 270.13 | 0.00 | 270.13 |
| | Acct: 9461 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 902.29 | 93.80 | 0.00 | 93.80 |
| | Acct: 7098 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 3,673.96 | 381.94 | 0.00 | 381.94 |
| | Acct: 2772 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 4,934.60 | 513.00 | 0.00 | 513.00 |
| | Acct: 6233 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,378.20 | 247.24 | 0.00 | 247.24 |
| | Acct: 1349 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,228.78 | 127.74 | 0.00 | 127.74 |
| | Acct: 3131 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 2,677.70 | 278.37 | 0.00 | 278.37 |
| | Acct: 1930 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3029 | | | | |
| | LVNV FUNDING LLC | 2,368.77 | 246.26 | 0.00 | 246.26 |
| | Acct: 4540 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 7,075.11 | 735.53 | 0.00 | 735.53 |
| | Acct: 4030 | | | | |
| | LVNV FUNDING LLC | 1,615.33 | 167.93 | 0.00 | 167.93 |
| | Acct: 5776 | | | | |
| | TD BANK USA NA** | 1,111.30 | 115.53 | 0.00 | 115.53 |
| | Acct: 9463 | | | | |
| | UPMC HEALTH SERVICES | 117.48 | 12.21 | 0.00 | 12.21 |
| | Acct: 8385 | | | | |
| | VALUE CITY**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 4,195.00 | 436.11 | 0.00 | 436.11 |
| | Acct: 8350 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN | 2,720.34 | 282.81 | 0.00 | 282.81 |
| | Acct: 5108 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 964.43 | 100.26 | 0.00 | 100.26 |
| | Acct: 2702 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3131 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |

19-23268 | | | | | Page 4 of 4

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | GREGG L MORRIS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 17,426.96 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 127,395.19 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      30,635.14
UNSECURED   167,631.67

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RAINEE S. KIRKLAND

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-23268

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23268-CMB |
| Rainee S. Kirkland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rainee S. Kirkland, 112 Harden Avenue, Duquesne, PA 15110-1412 |
| 15107416 | + | City Co Federal Credit Union, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15107443 | + | Patenaude & Felix, 501 Corporate Dr., Southpointe- Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 02:03:06 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 01:50:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 26 2025 03:34:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:50:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 26 2025 03:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Feb 26 2025 00:17:46 | Roundpoint Mortgage Servicing Corporation, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15107395 | + | Email/Text: bncnotifications@pheaa.org | Feb 26 2025 03:34:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15146893 | | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2025 03:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15107397 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2025 03:33:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15107398 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2025 03:33:00 | Ally Financial, 200 Renaissance Center #Bo, Detroit, MI 48243-1300 |
| 15107396 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2025 03:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15133083 | | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:29:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15107400 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 01:29:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15107399 | + | Email/PDF: bncnotices@becket-lee.com | Feb 26 2025 02:13:48 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

Case 19-23268-CMB    Doc 101    Filed 02/27/25    Entered 02/28/25 00:29:55    Desc
Imaged Certificate of Notice    Page 8 of 13

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 7 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15107401 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 03:33:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15107402 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 26 2025 03:33:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127685 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 26 2025 03:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15107408 | | Email/Text: bankruptcy@cavps.com | Feb 26 2025 03:34:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15107424 | | Email/Text: correspondence@credit-control.com | Feb 26 2025 03:34:00 | Credit Control, PO Box 31179, Tampa, FL 33631-3179 |
| 15107404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:30:50 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15107403 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:30:49 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15107406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15107405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:03:16 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15107407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:58 | Care Credit, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 15107409 | + | Email/Text: bankruptcy@cavps.com | Feb 26 2025 03:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15109148 | + | Email/Text: bankruptcy@cavps.com | Feb 26 2025 03:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15107410 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 02:03:17 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15107411 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2025 01:30:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:13:44 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15107413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:31:01 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15147529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 01:51:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15107415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 02:26:11 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15107414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2025 03:12:20 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15107417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15107418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 15107420 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107419 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 26 2025 03:34:00 | Comenity Bank/Kay Jewelers, 3100 Easton Square |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Pl, Columbus, OH 43219-6289 |
| 15107421 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2025 03:34:00 | | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 15107422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2025 03:34:00 | | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2025 03:34:00 | | Comenty Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15107428 | | Email/Text: mrdiscen@discover.com Feb 26 2025 03:33:00 | | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15107427 | | Email/Text: mrdiscen@discover.com Feb 26 2025 03:33:00 | | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15107426 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 26 2025 01:50:44 | | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15107425 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 26 2025 03:00:31 | | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15146193 | | Email/Text: bnc-quantum@quantum3group.com Feb 26 2025 03:34:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15111092 | | Email/Text: mrdiscen@discover.com Feb 26 2025 03:33:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15146651 | + | Email/Text: kburkley@bernsteinlaw.com Feb 26 2025 03:34:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15201825 | | Email/Text: ECMCBKNotices@ecmc.org Feb 26 2025 03:34:00 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15107429 | ^ | MEBN Feb 26 2025 00:17:06 | | FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15323555 | | Email/Text: Bankruptcy@Freedommortgage.com Feb 26 2025 03:34:00 | | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15147191 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 26 2025 03:34:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125601 | + | Email/Text: RASEBN@raslg.com Feb 26 2025 03:33:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15603987 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 26 2025 01:30:17 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15113533 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 26 2025 01:30:16 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107430 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 26 2025 01:29:58 | | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107434 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 26 2025 01:50:07 | | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107438 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 26 2025 03:34:00 | | MCM, PO Box 2000, Warren, MI 48090-2000 |
| 15107439 | ^ | MEBN Feb 26 2025 00:17:04 | | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15145371 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 26 2025 03:34:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15137313 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 26 2025 03:34:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15107440 | ^ | MEBN | | |

Case 19-23268-CMB    Doc 101    Filed 02/27/25    Entered 02/28/25 00:29:55    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0315-2 | User: auto | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 26 2025 00:17:55 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 15107441 | + | Email/Text: bnc@nordstrom.com | Feb 26 2025 03:34:17 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 15107442 | + | Email/Text: bnc@nordstrom.com | Feb 26 2025 03:34:17 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15120840 | + | Email/Text: bncnotifications@pheaa.org | Feb 26 2025 03:34:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15107463 | + | Email/Text: bncnotifications@pheaa.org | Feb 26 2025 03:34:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107444 | + | Email/Text: bncnotifications@pheaa.org | Feb 26 2025 03:34:00 | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2025 01:29:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139356 | | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2025 03:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15107483 | | ^ MEBN | Feb 26 2025 00:17:07 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15107482 | | ^ MEBN | Feb 26 2025 00:17:22 | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15144909 | | ^ MEBN | Feb 26 2025 00:17:42 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Bldgs. 6 & 8, Charlotte, NC 28217-1932 |
| 15107484 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 03:00:30 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15107487 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:52:31 | SYNCB/HHGregg, PO Box 965036, Orlando, FL 32896-5036 |
| 15107488 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:13:49 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15107491 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:51:47 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15107494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:03:08 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15107485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:29:49 | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15107486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:12 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:16 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:29:57 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:03:33 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 15107493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:49 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:16 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15145975 | | ^ MEBN | Feb 26 2025 00:17:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| | | | | |
|---|---|---|---|---|
| 15107495 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:38:19 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:13:42 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15108375 | ^ | MEBN | Feb 26 2025 00:17:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107499 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:50:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107498 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:12 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15107500 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:30:47 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15107501 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:31:01 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107503 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:50:36 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:13:51 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15148239 | + | Email/Text: bncmail@w-legal.com | Feb 26 2025 03:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15107504 | + | Email/Text: bncmail@w-legal.com | Feb 26 2025 03:34:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15107505 | + | Email/Text: bncmail@w-legal.com | Feb 26 2025 03:34:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15107506 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 26 2025 03:34:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15143143 | | Email/Text: BNCnotices@dcmservices.com | Feb 26 2025 03:34:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15107507 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 01:29:57 | Value City, 950 Forrer Blvd., Dayton, OH 45420-1469 |

TOTAL: 100

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603988 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15107431 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107432 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107433 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107435 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107436 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107437 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107464 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107465 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107466 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107467 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107468 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107469 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107470 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| | | |
|---|---|---|
| 15107471 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107472 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107473 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107474 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107475 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107476 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107477 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107478 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107479 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107480 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107481 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107447 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107448 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107449 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107450 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107451 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107452 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107453 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107454 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107455 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107456 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107457 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107458 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107459 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107460 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107461 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107462 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107445 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107446 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 0 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Daniel Philip Jones | on behalf of Creditor Roundpoint Mortgage Servicing Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

| District/off: 0315-2 | User: auto | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: pdf900 | Total Noticed: 103 |

Kenneth Steidl
    on behalf of Debtor Rainee S. Kirkland julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 11