| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rainee S. Kirkland** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8385 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19-23268-CMB | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Rainee S. Kirkland

<u>4/14/25</u>                                             **By the court:** <u>Carlota M Bohm</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                           **Chapter 13 Discharge**                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23268-CMB |
| Rainee S. Kirkland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 105 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rainee S. Kirkland, 112 Harden Avenue, Duquesne, PA 15110-1412 |
| 15107416 | + | City Co Federal Credit Union, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15107443 | + | Patenaude & Felix, 501 Corporate Dr., Southpointe- Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 15 2025 04:46:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Apr 15 2025 04:46:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 15 2025 01:10:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Apr 15 2025 04:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2025 01:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Apr 15 2025 01:08:29 | Roundpoint Mortgage Servicing Corporation, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15107395 | + | Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15146893 | | EDI: GMACFS.COM | Apr 15 2025 04:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15107397 | + | EDI: GMACFS.COM | Apr 15 2025 04:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15107398 | + | EDI: GMACFS.COM | Apr 15 2025 04:46:00 | Ally Financial, 200 Renaissance Center #Bo, Detroit, MI 48243-1300 |
| 15107396 | + | EDI: GMACFS.COM | Apr 15 2025 04:46:00 | Ally Financial, P.o. Box 380901, Bloomington, |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | MN 55438-0901 |
| 15133083 | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:53:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15107400 | + Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15107399 | + Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:12 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15107401 | + EDI: BANKAMER | Apr 15 2025 04:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15107402 | + EDI: BANKAMER | Apr 15 2025 04:46:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127685 | + EDI: BANKAMER2 | Apr 15 2025 04:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15107408 | Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15107424 | Email/Text: correspondence@credit-control.com | Apr 15 2025 01:10:00 | Credit Control, PO Box 31179, Tampa, FL 33631-3179 |
| 15107404 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15107403 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15107406 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15107405 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117252 | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15107407 | + EDI: SYNC | Apr 15 2025 04:46:00 | Care Credit, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 15107409 | + Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15109148 | + Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15107410 | + EDI: JPMORGANCHASE | Apr 15 2025 04:46:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15107411 | + EDI: JPMORGANCHASE | Apr 15 2025 04:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107412 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15107413 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15147529 | EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15107415 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15107414 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15107417 | + EDI: WFNNB.COM | | |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15107418 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15107420 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 15107419 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107421 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Bank/Kay Jewelers, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15107422 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 15107423 | + | EDI: WFNNB.COM | Apr 15 2025 04:46:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| | | | Apr 15 2025 04:46:00 | Comenty Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15107428 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15107427 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15107426 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15107425 | | EDI: CITICORP | Apr 15 2025 04:46:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15146193 | | EDI: Q3G.COM | Apr 15 2025 04:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15111092 | | EDI: DISCOVER | Apr 15 2025 04:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15146651 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2025 01:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15201825 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 15 2025 01:10:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15107429 | ^ | MEBN | Apr 15 2025 01:08:39 | FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15323555 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 15 2025 01:09:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15147191 | | EDI: JEFFERSONCAP.COM | Apr 15 2025 04:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125601 | + | Email/Text: RASEBN@raslg.com | Apr 15 2025 01:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15603987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15113533 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107430 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:10 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107434 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:20:17 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107438 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | MCM, PO Box 2000, Warren, MI 48090-2000 |

Case 19-23268-CMB   Doc 106   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 6 of 9

| District/off: 0315-2 | User: auto | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 105 |

| Recipient | Method | Time | Name and Address |
|---|---|---|---|
| 15107439 | ^ MEBN | Apr 15 2025 01:08:33 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15145371 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15137313 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15107440 | ^ MEBN | Apr 15 2025 01:09:15 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 15107441 | + Email/Text: bnc@nordstrom.com | Apr 15 2025 01:10:17 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 15107442 | + Email/Text: bnc@nordstrom.com | Apr 15 2025 01:10:33 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15120840 | + Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15107463 | + Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107444 | + Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140918 | EDI: PRA.COM | Apr 15 2025 04:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139356 | EDI: Q3G.COM | Apr 15 2025 04:46:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15107483 | ^ MEBN | Apr 15 2025 01:08:41 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15107482 | ^ MEBN | Apr 15 2025 01:09:21 | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15144909 | ^ MEBN | Apr 15 2025 01:08:59 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Bldgs. 6 & 8, Charlotte, NC 28217-1932 |
| 15107484 | EDI: SYNC | Apr 15 2025 04:46:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15107487 | EDI: SYNC | Apr 15 2025 04:46:00 | SYNCB/HHGregg, PO Box 965036, Orlando, FL 32896-5036 |
| 15107488 | EDI: SYNC | Apr 15 2025 04:46:00 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15107491 | EDI: SYNC | Apr 15 2025 04:46:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15107494 | EDI: SYNC | Apr 15 2025 04:46:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15107485 | + EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15107486 | + EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107490 | + EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107489 | + EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107492 | + EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 105 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107493 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107497 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15145975 | ^ | MEBN | Apr 15 2025 01:09:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15107495 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107496 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15108375 | ^ | MEBN | Apr 15 2025 01:09:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107499 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107498 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15107500 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15107501 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107503 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107502 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15148239 | + | Email/Text: bncmail@w-legal.com | Apr 15 2025 01:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15107504 | + | EDI: WTRRNBANK.COM | Apr 15 2025 04:46:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15107505 | + | EDI: WTRRNBANK.COM | Apr 15 2025 04:46:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15107506 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 15 2025 01:11:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15143143 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2025 01:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15107507 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Value City, 950 Forrer Blvd., Dayton, OH 45420-1469 |

TOTAL: 102

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603988 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15107431 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107432 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107433 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107435 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

Case 19-23268-CMB   Doc 106   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 6 of 7 |
| --- | --- | --- |
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 105 |

| | | |
|---|---|---|
| 15107436 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107437 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107464 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107465 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107466 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107467 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107468 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107469 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107470 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107471 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107472 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107473 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107474 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107475 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107476 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107477 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107478 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107479 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107480 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107481 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107445 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107446 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107447 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107448 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107449 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107450 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107451 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107452 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107453 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107454 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107455 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107456 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107457 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107458 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107459 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107460 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107461 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107462 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 0 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel Philip Jones | |

Case 19-23268-CMB    Doc 106    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0315-2 | User: auto | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 105 |

on behalf of Creditor Roundpoint Mortgage Servicing Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Rainee S. Kirkland julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
on behalf of Creditor Roundpoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 10