(N)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rainee S. Kirkland, : Case No. 19-23268-CMB

: Chapter 13
Debtor. :

## ORDER

AND NOW, this **14th** day of *April, 2025*, it appearing that an *Order Discharging Debtor* in the within matter was erroneously issued on ___October 23, 2024___, at Document No. **88**,

It is hereby **ORDERED, ADJUDGED and DECREED** that the *Order Discharging Debtor* is *VACATED*.

_____
Carlota M. Böhm,
U. S. Bankruptcy Court Judge

SIGNED
4/14/25 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23268-CMB |
| Rainee S. Kirkland | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 7 |
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rainee S. Kirkland, 112 Harden Avenue, Duquesne, PA 15110-1412 |
| 15107416 | + | City Co Federal Credit Union, 220 Grant St, Pittsburgh, PA 15219-2123 |
| 15107443 | + | Patenaude & Felix, 501 Corporate Dr., Southpointe- Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2025 01:31:48 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2025 01:53:16 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 15 2025 01:10:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:32:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 15 2025 01:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Apr 15 2025 01:08:30 | Roundpoint Mortgage Servicing Corporation, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15107395 | + | Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15146893 | | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 01:09:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15107397 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 01:09:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15107398 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 01:09:00 | Ally Financial, 200 Renaissance Center #Bo, Detroit, MI 48243-1300 |
| 15107396 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2025 01:09:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15133083 | | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15107400 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15107399 | + | Email/PDF: bncnotices@becket-lee.com | Apr 15 2025 01:31:12 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

Case 19-23268-CMB    Doc 107    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15107401 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:09:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15107402 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:09:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127685 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 15 2025 01:10:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15107408 | | Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15107424 | | Email/Text: correspondence@credit-control.com | Apr 15 2025 01:10:00 | Credit Control, PO Box 31179, Tampa, FL 33631-3179 |
| 15107404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:44 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15107403 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:06 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15107406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:20:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15107405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:40 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15117252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:20:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15107407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:41 | Care Credit, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 15107409 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15109148 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2025 01:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15107410 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2025 01:19:23 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15107411 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2025 01:19:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15107412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:31:45 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15107413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:31:27 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15147529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15107415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:21 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15107414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:31:11 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15107417 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:10:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15107418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:10:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 15107420 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:10:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107419 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2025 01:10:00 | Comenity Bank/Kay Jewelers, 3100 Easton Square |

Case 19-23268-CMB    Doc 107    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| | | | | |
|---|---|---|---|---|
| | | | | Pl, Columbus, OH 43219-6289 |
| 15107421 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 15 2025 01:10:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 15107422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 15 2025 01:10:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15107423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 15 2025 01:10:00 | Comenty Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15107428 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 15 2025 01:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15107427 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 15 2025 01:09:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15107426 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 15 2025 01:42:48 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15107425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 15 2025 01:20:54 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15146193 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 15 2025 01:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15111092 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 15 2025 01:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15146651 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 15 2025 01:11:14 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15201825 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Apr 15 2025 01:10:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15107429 | ^ | MEBN | | |
| | | | Apr 15 2025 01:08:40 | FMS Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 15323555 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Apr 15 2025 01:09:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15147191 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 15 2025 01:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15125601 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 15 2025 01:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15603987 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 15 2025 01:31:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15113533 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 15 2025 01:20:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107430 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 15 2025 01:20:12 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107434 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 15 2025 01:19:29 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107438 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 15 2025 01:10:00 | MCM, PO Box 2000, Warren, MI 48090-2000 |
| 15107439 | ^ | MEBN | | |
| | | | Apr 15 2025 01:08:34 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15145371 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 15 2025 01:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15137313 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 15 2025 01:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15107440 | ^ | MEBN | | |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 15 2025 01:09:16 | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 15107441 | + | Email/Text: bnc@nordstrom.com | Apr 15 2025 01:10:51 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 15107442 | + | Email/Text: bnc@nordstrom.com | Apr 15 2025 01:10:31 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15120840 | + | Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15107463 | + | Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107444 | + | Email/Text: bncnotifications@pheaa.org | Apr 15 2025 01:09:00 | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15140918 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:31:25 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139356 | | Email/Text: bnc-quantum@quantum3group.com | Apr 15 2025 01:10:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15107483 | ^ | MEBN | Apr 15 2025 01:08:42 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15107482 | ^ | MEBN | Apr 15 2025 01:09:22 | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 15144909 | ^ | MEBN | Apr 15 2025 01:09:00 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Bldgs. 6 & 8, Charlotte, NC 28217-1932 |
| 15107484 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:50 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15107487 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:42:09 | SYNCB/HHGregg, PO Box 965036, Orlando, FL 32896-5036 |
| 15107488 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:53:42 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15107491 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:42:21 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15107494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:19:22 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15107485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:32 | Syncb/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15107486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:19:29 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107490 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:46 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107489 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:57 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:32:02 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 15107493 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:22 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:42:28 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15145975 | ^ | MEBN | Apr 15 2025 01:09:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107495 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:53:01 | Synchrony Bank, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15107496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:46 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15108375 | ^ | MEBN | Apr 15 2025 01:09:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107499 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107498 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:05 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15107500 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:03 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15107501 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:13 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107503 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:42:44 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15107502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:31:08 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15148239 | + | Email/Text: bncmail@w-legal.com | Apr 15 2025 01:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15107504 | + | Email/Text: bncmail@w-legal.com | Apr 15 2025 01:10:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15107505 | + | Email/Text: bncmail@w-legal.com | Apr 15 2025 01:10:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15107506 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 15 2025 01:11:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15143143 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2025 01:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15107507 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:38 | Value City, 950 Forrer Blvd., Dayton, OH 45420-1469 |

TOTAL: 100

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15603988 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15107431 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107432 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107433 | *+ | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15107435 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107436 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107437 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15107464 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107465 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107466 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107467 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107468 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107469 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107470 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |

| District/off: 0315-2 | User: auto | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

| | | |
|---|---|---|
| 15107471 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107472 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107473 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107474 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107475 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107476 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107477 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107478 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107479 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107480 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107481 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 15107447 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107448 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107449 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107450 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107451 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107452 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107453 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107454 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107455 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107456 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107457 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107458 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107459 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107460 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107461 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107462 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107445 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15107446 | *+ | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 0 Undeliverable, 46 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Daniel Philip Jones
on behalf of Creditor Roundpoint Mortgage Servicing Corporation djones@sterneisenberg.com  bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Rainee S. Kirkland julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

| District/off: 0315-2 | User: auto | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 103 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Steven P Kelly
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com


TOTAL: 10